**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**PAUL GERRARD,**

               Plaintiff,          20-cv-10049 (JGK)

    - against -                     <u>ORDER</u>

**HARRISON GLOBAL LLC D/B/A DAV EL/BOSTON COACH,**

               Defendant.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The defendant's motion to dismiss is due **March 19, 2021**. The plaintiff's response is due **April 20, 2021** and defendant's reply is due **May 7, 2021**.

**SO ORDERED.**

**Dated:**    New York, New York
             February 19, 2021      <u>  /s/ John G. Koeltl  </u>
                                                    John G. Koeltl
                                       United States District Judge